**Order entered October 7, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01689-CV

**INWOOD NATIONAL BANK, Appellant**

**V.**

**WELLS FARGO BANK, N.A. AS TRUSTEE AND U.S. TRUST BANK, BANK OF AMERICA PRIVATE WEALTH MANAGEMENT, Appellees**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-04907**

## ORDER

We **GRANT** appellant's October 6, 2014 unopposed motion for extension of time to file reply brief and **ORDER** the brief be filed no later than October 29, 2014. No further extensions will be granted absent exigent circumstances.


/s/     ADA BROWN
          JUSTICE